UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SOPHIA FURMANOVA,

                        JUDGMENT
                        05-CV- 4769 (DLI)

               Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

               Defendant.
-----------------------------------------------------------------X

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on March 7, 2006, reversing the Commissioner's decision pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including but not limited to a new hearing and issuance of a new decision; it is

      ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including but not limited to a new hearing and issuance of a new decision.


Dated: Brooklyn, New York
       March 09, 2006

                                                       ROBERT C. HEINEMANN
                                                       Clerk of Court